# United States District Court

------------------------- DISTRICT OF KANSAS--------------------------

**JANIECE L. STRUNK,**

                **Plaintiff,**

v.                                                                          Case No: 21-1164-JWB

**AIRXCEL, INC.**

                **Defendant,**

## JUDGMENT IN A CIVIL CASE

☐    Jury Verdict.  This action came before the Court for a jury trial.  The issues have been tried and the jury has rendered its verdict.

☒    Decision by the Court.  This action came before the Court.  The issues have been considered and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED that pursuant to memorandum and order filed September 23, 2022, Defendant's motion for summary judgment (Doc. 38) is GRANTED.  Plaintiff's claims are dismissed on the merits.

|  |  |
|---|---|
|    September 23, 2021    <br> Date | SKYLER B. O'HARA <br> CLERK OF THE DISTRICT COURT <br><br> by:   s/ Joyce Roach   <br>           Deputy Clerk |